UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Catherine Sawyer | : | Chapter 13 |
| | : | |
| Debtor (s) | : | Case No.: 16-10122AMC |

## MOTION TO VOLUNTARILY DISMISS CHAPTER 13 BANKRUPTCY MATTER

1. The instant Chapter 13 Bankruptcy Matter was filed on or about January 7th, 2016

2. The instant case was assigned case number 16-10122AMC.

3. The Chapter 13 Plan was confirmed by this Honorable Court on July 20th, 2016.

4. The Debtor unfortunately passed away on June 1st, 2017.

5. The Debtor's family is desirous of voluntarily dismissing the instant Chapter 13 Bankruptcy matter under 11 U.S.C. Section 1307(b).


Dated: August 4, 2017

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Sadek and Cooper Law Offices
Attorney for Debtor
1315 Walnut Street
Suite #502
Philadelphia, PA 19107